JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA WEBSTER-SMITH, | Case No. 2:22-cv-04001-SB-KS |
| Plaintiff, | [Assigned to the Hon. Stanley Blumenfeld, Jr.] |
| vs. | |
| DISCOVER BANK and TRANSUNION, LLC, | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

LA 52682514

1  The Court, having reviewed and considered the stipulation of dismissal with
2  prejudice pursuant to Fed. R. Civ. P. 41, and finding good cause therefor, hereby
3  **grants** the stipulation. All claims and causes asserted by Plaintiff Vanessa Webster-
4  Smith in this matter against Discover Bank **ARE DISMISSED WITH**
5  **PREJUDICE** with each party to bear their own costs and fees.

**IT IS SO ORDERED**.

Dated: July 20, 2022

Honorable Stanley Blumenfeld, Jr.
United States District Court Judge

- 1 -